

**STATE**

v.

**ALVAREZ**

20170786

Supreme Court of Utah.

12-05-2017

20160207, 402 P.3d 191

Petition for Writ of Certiorari Denied.

**STATE**

v.

**FAIRBOURN**

20170842

Supreme Court of Utah.

12-12-2017

20141149, 405 P.3d 789

Petition for Writ of Certiorari Denied.

**STATE**

v.

**HUNT**

20170824

Supreme Court of Utah.

12-06-2017

20160963

Petition for Writ of Certiorari Denied.

**IN RE C. C.**

20170773

Supreme Court of Utah.

11-20-2017

20160448, 402 P.3d 17

Petition for Writ of Certiorari Denied.

